No. 43, Misc. VALE *v.* LOUISIANA. Appeal from Sup. Ct. La. Motion for leave to proceed *in forma pauperis* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits and review limited to the search and seizure question. Case transferred to appellate docket. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, *Jim Garrison,* and *Louise Korns* for appellee.

No. 153. McMANN, WARDEN, ET AL. *v.* ROSS ET AL. C. A. 2d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Lillian Z. Cohen* and *Brenda Soloff,* Assistant Attorneys General, for petitioners. *Thomas D. Barr* for Ross, and *Gretchen White Oberman* for Dash et al., respondents. *Frank S. Hogan, pro se,* and *Michael R. Juviler* for the District Attorney of New York County in support of the petition.

No. 74. TAGGART ET AL. *v.* WEINACKER'S, INC. Sup. Ct. Ala. Certiorari granted. *S. G. Lippman* and *Bernard Dunau* for petitioners. *Edwin J. Curran, Jr.,* for respondent.